UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | CASE NO. 1:14-cv-1163-LJO-MJS (PC)<br><br>**ORDER DENYING MOTION FOR ORDER DIRECTING PRODUCTION OF PRISONER TRUST FUND STATEMENT**<br><br>**(ECF No. 3)** |

　　　　Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this civil rights and tort action brought pursuant to Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680.

　　　　On July 25, 2014, Plaintiff filed a motion to proceed in forma pauperis on an incorrect form (ECF No. 2), and a motion for order directing production of his prisoner trust fund statement (ECF No. 3). The Court ordered Plaintiff to pay the applicable filing fee or submit an application to proceed in forma pauperis on the correct form. (ECF No. 6.) Plaintiff subsequently filed the correct form, and included a copy of his prison trust account statement. (ECF No. 8.) The Court granted Plaintiff's motion to proceed in forma pauperis on October 29, 2014. (ECF No. 11.)

It appearing that Plaintiff obtained the requisite copy of his prison trust account statement, his motion for an order directing production of same (ECF No. 3) is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:  November 18, 2014          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE