# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | CASE NO. 1:14-cv-01163-LJO-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 27)** |

　　　　Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this civil rights and tort action brought pursuant to <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680. On May 12, 2015, the District Judge assigned to the case ordered Plaintiff to file an amended pleading within thirty days. The thirty day deadline passed without Plaintiff either filing an amended pleading or seeking an extension of time to do so.

　　　　Accordingly, on June 30, 2015, the Court ordered Plaintiff to show cause why the action should not be dismissed with prejudice for failure to obey a court order and failure to prosecute. (ECF No. 27.) Almost immediately thereafter, Plaintiff's first amended complaint was docketed. (ECF No. 28.) The first amended complaint reflects that it was delivered to prison officials on June 11, 2015, and therefore was submitted timely.

　　　　Based on the foregoing, the order to show cause (ECF No. 27) is HEREBY

1  DISCHARGED. The Court will screen Plaintiff's first amended complaint in due course.

IT IS SO ORDERED.

Dated:   July 1, 2015                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE