UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | CASE NO. 1:14-cv-01163-LJO-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 46)** |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this civil rights and tort action brought pursuant to <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680.

On October 31, 2016, the District Judge ordered Plaintiff to submit service documents for Defendant J. Ontiveroz within thirty days. (ECF No. 45.) The thirty day deadline passed without Plaintiff submitting service documents or requesting an extension of time in which to do so. Accordingly, on December 12, 2016, the undersigned ordered Plaintiff to show cause why the action should not be dismissed for failure to obey a court order and failure to prosecute. (ECF No. 46.) Plaintiff's service documents were docketed later the same day.

As Plaintiff now has submitted the service documents ordered by the Court, the

order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   December 14, 2016            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE