UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>    Plaintiff,<br><br>v.<br><br>J. ONTIVEROZ,<br><br>    Defendant. | Case No. 1:14-cv-01163-LJO-MJS (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY SUPPORTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR DISCOVERY**<br><br>**(ECF NO. 55)**<br><br>**DEADLINE: JUNE 26, 2017** |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in a civil rights and tort action brought pursuant to Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680. The action proceeds on a First Amendment claim against Defendant Ontiveroz.

On June 5, 2017, Defendant filed a motion to extend time to file a reply supporting his motion for summary judgment and his opposition to Plaintiff's motion for discovery. (ECF No. 55.)

GOOD CAUSE APPEARING THEREFOR, it is HEREBY ORDERED that:

1

Defendant is granted an extension of time until June 26, 2017 to prepare and file a reply in support of his motion for summary judgment and his opposition to Plaintiff's motion for discovery.

IT IS SO ORDERED.

Dated:  June 5, 2017                          /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE