UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01163-NONE-JLT (PC)<br><br>**ORDER DIRECTING CLERK OF COURT TO ISSUE SUMMONS** |

　　　　Plaintiff Gordon C. Reid alleges Defendants Ontiveroz, Fenton, and Garcia, plus three Doe defendants, subjected him to excessive force and unconstitutional conditions of confinement. (Doc. 96.) Based on the same underlying incidents, Plaintiff also raises claims against Defendant United States for the torts of negligence, assault, and/or battery. (*Id.*) The Court has screened Plaintiff's third amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), and the Federal Tort Claims Act. Accordingly, the Court directs the Clerk of the Court to issue a summons for each named defendant in the third amended complaint.

IT IS SO ORDERED.

　　Dated:　**March 19, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE