UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants. | Case No. 1:14-cv-01163-NONE-JLT (PC)<br><br>**ORDER SETTING SCHEDULING CONFERENCE AND DIRECTING CLERK OF THE COURT TO ISSUE CIVIL NEW CASE DOCUMENTS** |

The Court hereby SETS a scheduling conference in this matter for July 27, 2021, at 9:00 a.m. before the undersigned. The Court DIRECTS the Clerk of the Court to issue the pertinent civil new case documents, including the Order Setting Mandatory Scheduling Conference, which sets forth the requirements for the parties' Joint Scheduling Report.[1] The parties SHALL prepare and submit their Joint Scheduling Report in accordance with that order.

IT IS SO ORDERED.

   Dated:  **June 23, 2021**           **/s/ Jennifer L. Thurston**
                                              CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Given that Plaintiff is now represented by counsel, the parties may disregard the First Informational Order in Prisoner/Civil Detainee Civil Rights Case issued on July 28, 2014 (Doc. 5).