STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Los Angeles, CA 90017-5855
Telephone:   +1-213-612-2472
Facsimile:    +1-213-612-2499
scazares@orrick.com

Attorneys for Plaintiff
GORDON C. REID

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA; FIRST NAME UNKNOWN ("FNU") GARCIA, CAPTAIN OF THE GUARDS; R. FENTON, LIEUTENANT OF THE GUARDS; JOHN DOE #1, LIEUTENANT OF THE GUARDS; JOHN DOE #2, LIEUTENANT OF THE GUARDS; JOHN DOE #3, LIEUTENANT OF THE GUARDS; J. ONTIVEROZ, PRISON GUARD.<br><br>            Defendants. | CASE NO.: 1:14-cv-01163 JLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER**<br><br>**(Doc. 112)** |

**JOINT STIPULATION**

Plaintiff Gordon C. Reid ("Plaintiff") and Defendants United States of America, Jason Ontiveroz, and Ray Garcia (collectively "Defendants", together with Plaintiff, the "Parties"), through their respective counsel, represent and stipulate to the following:

1. On July 22, 2021, the Court issued a scheduling order setting the non-expert discovery cut-off date as January 28, 2022.

2. On August 13, 2021, the parties served Initial Disclosures.

3. On September 3, 2021, Defendants produced to Plaintiff more than 250 pages of documents.  On September 7, 2021, Defendants produced to Plaintiff two videos.

4. On September 15, 2021, Plaintiff propounded First Sets of Requests for Production of Documents and Interrogatories to Defendants.  Under Federal Rules of Civil Procedure 33 and 34, Defendants' deadline to respond to this discovery was October 15, 2021.

5. Plaintiff twice agreed to two-week extensions of Defendants' time to respond to Plaintiff's discovery requests (for a total extension of four weeks) due to the death of defense counsel's mother.

6. On November 12, 2021, Defendants served their responses and objections to Plaintiff's discovery requests.

7. On December 2, 2021, Defendants produced approximately 1,500 pages of additional documents and two additional videos to Plaintiff in response to Plaintiff's discovery requests.

8. On December 2, 2021, Defendants served document requests and interrogatories on Plaintiff, the responses to which will be due on January 3, 2022.

9. Plaintiff intends to notice the depositions of Defendant Ray Garcia, Defendant Jason Ontiveroz, and several others, and Defendants intend to depose Plaintiff (who is incarcerated, which likely will make scheduling difficult).  The Parties are working together to identify mutually convenient dates for these depositions.  They had identified some deposition dates in mid-December, but those dates now do not work because of Plaintiff's counsel's upcoming trial conflict described below.

10. Plaintiff's lead counsel is set to begin trial in another case, captioned *United States v. Balwani et al.*, No. 5:18-cr-002580EJD, before the United States District Court for the Northern District of California, on January 11, 2022.

11. The Parties have met and conferred regarding the scheduling order and believe that there is good cause to continue the deadlines in the scheduling order by 45 days.

THEREFORE, the parties agree to the proposed adjusted schedule below and respectfully request that the Court amend the scheduling order as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Cut Off | 1/28/2022 | **3/14/2022** |
| Expert Disclosures | 2/11/2022 | **3/28/2022** |
| Rebuttal Expert Disclosures | 3/11/2022 | **4/25/2022** |
| Expert Discovery Cut Off | 4/15/2022 | **5/27/2022** |
| Non-Dispositive Motions Filed By | 4/29/2022 | **6/13/2022** |
| Non-Dispositive Motions Hearing | 5/27/2022 | **7/11/2022** |
| Dispositive Motions Filed By | 6/14/2022 | **7/29/2022** |
| Dispositive Motions Hearing | 7/26/2022 | **9/9/2022** |
| Pre-Trial Conference | 9/20/2022 | **11/4/2022** |

Dated: December 3, 2021

ORRICK, HERRINGTON & SUTCLIFFE

By: */s/ Stephen A. Cazares*
STEPHEN A. CAZARES
Attorneys for Plaintiff Gordon C. Reid

Dated: December 3, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for the United States, Ontiveroz, and Garcia

**ORDER**

Based upon the stipulation of the parties and god cause appearing, the Court GRANTS the stipulation and amends the case schedule consistent with the dates proposed.  In addition, the Court CONTINUES the trial to January 9, 2023 at 8:30 a.m.

**The parties are advised that the Court does not anticipate again amending the case schedule and they are urged to comply with the deadlines set here.**

IT IS SO ORDERED.

Dated:   **December 6, 2021**           _____ /s/ Jennifer L. Thurston
                                        CHIEF UNITED STATES MAGISTRATE JUDGE