# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | 1:14-cv-01163-BAK (GSA) - PC<br><br>**ORDER GRANTING APPLICATION BY ETHAN BROWN CLARKSON TO APPEAR PRO HAC VICE**<br><br>**(ECF No. 115.)** |

　　　Plaintiff Gordon C. Reid is proceeding with counsel in this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). This case now proceeds with Plaintiff's First Amended Complaint filed on June 24, 2015, against defendant J. Ontiveroz ("Defendant") for retaliation in violation of the First Amendment. (ECF No. 28.) On January 21, 2022, Plaintiff submitted an application by Ethan Brown Clarkson to appear *pro hac vice* in this case. (ECF No. 115.)

　　　The court has read and considered the application of Ethan Brown Clarkson for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Ethan Brown Clarkson's application for admission to practice *pro hac vice* is HEREBY GRANTED. L.R. 180(b)(2).

IT IS SO ORDERED.

　Dated: __**January 26, 2022**__　　　　　　　　___/s/ Gary S. Austin___
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE