# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Defendants. | 1:14-cv-01163-BAK (GSA) - PC<br><br>**ORDER APPROVING AND GIVING FULL EFFECT TO STIPULATED PROTECTIVE ORDER**<br><br>**(ECF No. 121.)** |

Plaintiff Gordon C. Reid is proceeding with counsel in this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).  This case now proceeds with Plaintiff's First Amended Complaint filed on June 24, 2015, against defendant J. Ontiveroz ("Defendant") for retaliation in violation of the First Amendment.  (ECF No. 28.)

On February 4, 2022, a proposed stipulated Protective Order was filed with the court, containing the signatures of counsel for Plaintiff and counsel for Defendants.  (ECF No. 121.)

After consideration of the proposed Protective Order, **IT IS HEREBY ORDERED** that the parties' stipulated Protective Order, filed on February 4, 2022, is approved, giving full effect to the Protective Order.

IT IS SO ORDERED.

Dated:   **February 7, 2022**                    **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE