# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | **1:14-cv-01163-BAK (GSA) - PC**<br><br>**ORDER GRANTING APPLICATION BY WILLIAM JOSEPH FOLEY TO APPEAR PRO HAC VICE**<br><br>**(ECF No. 123.)** |

　　　　Plaintiff Gordon C. Reid is proceeding with counsel in this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971) and the Federal Tort Claims Act. This case now proceeds with Plaintiff's Third Amended Complaint filed on March 19, 2021, against defendants Jason Ontiveroz and Ray Garcia for use of excessive force and unconstitutional conditions of confinement; and against defendant United States of America for the torts of negligence, assault, and/or battery. (ECF No. 96.) On February 23, 2022, Plaintiff submitted an application by William Joseph Foley to appear *pro hac vice* in this case. (ECF No. 123.)

　　　　The court has read and considered the application of William Joseph Foley for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application,

William Joseph Foley's application for admission to practice *pro hac vice* is HEREBY GRANTED. L.R. 180(b)(2).

IT IS SO ORDERED.

Dated: **March 2, 2022**         **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE