# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | **1:14-cv-01163-BAK (GSA) - PC**<br><br>**ORDER APPROVING SUBSTITUTION OF ATTORNEYS FOR DEFENDANT GARCIA (ECF No. 95.)**<br><br>**(ECF No. 124.)** |

　　　　Plaintiff Gordon C. Reid is proceeding with counsel in this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971) and the Federal Tort Claims Act.  This case now proceeds with Plaintiff's Third Amended Complaint filed on March 19, 2021, against defendants Jason Ontiveroz and Ray Garcia for use of excessive force and unconstitutional conditions of confinement; and against defendant United States of America for the torts of negligence, assault, and/or battery.  (ECF No. 96.)

　　　　On February 28, 2022, defendant Ray Garcia filed a proposed substitution of attorneys, substituting Kevin G. Little as counsel for defendant Ray Garcia, in place of Victoria L. Boesch, Assistant United States Attorney (AUSA), in this case.  (ECF No. 124.)  After consideration of the substitution, the Court hereby approves and orders the substitution of attorneys as set forth.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The proposed substitution of attorneys for defendant Ray Garcia, filed on February 28, 2022, is approved by the Court; and
2. The Clerk shall add Kevin G. Little to the court's service list as counsel for defendant Ray Garcia, and remove AUSA Victoria L. Boesch as counsel for defendant Ray Garcia from the court's service list.

IT IS SO ORDERED.

Dated:   **March 2, 2022**                         **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE