# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>   Defendants. | **1:14-cv-01163-BAK (GSA) - PC**<br><br>**ORDER APPROVING STIPULATION TO AMEND THE SCHEDULING ORDER**<br><br>**(ECF No. 127.)** |

Plaintiff Gordon C. Reid is proceeding with counsel in this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971).

On March 3, 2022, a Stipulation and proposed order to amend the scheduling order was filed with the court containing the signatures of counsel for Plaintiff and counsel for Defendants. (ECF No. 127.)

## **STIPULATION**

Plaintiff Gordon C. Reid, Defendants United States of America and Jason Ontiveroz, and Defendant Ray Garcia, through their respective counsel, represent and stipulate to the following:

On July 22, 2021, the Court issued a scheduling order. Dkt. 105. The parties thereafter served Initial Disclosures, responded to written discovery, and produced documents. In December 2021, the parties sought an extension of the schedule for approximately 45 days to accommodate scheduling conflicts associated with Plaintiff's counsel's trial schedule. Dkt. 112. The Court granted that extension. Dkt. 113. The parties thereafter continued to pursue discovery, including by producing documents, responding to written discovery, and taking depositions. The parties had scheduled several more depositions within the remaining fact discovery period, including the deposition of the Plaintiff.

On February 28, 2022, Defendant Garcia filed a proposed Consent Order Granting Substitution of Attorney seeking to substitute Kevin G. Little as his trial counsel in this matter. Dkt. 124. Defendant Garcia's new counsel then requested that the schedule be extended to allow his new counsel to meaningfully participate in discovery, including by postponing the depositions currently on calendar. In order to honor this request, the parties hereby agree to adjust the schedule as reflected in the chart below and respectfully request that the Court amend the scheduling order to do so.

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery Cut Off | 3/14/2022 | 6/13/2022 |
| Expert Disclosures | 3/28/2022 | 6/27/2022 |
| Rebuttal Expert Disclosures | 4/25/2022 | 7/25/2022 |
| Expert Discovery Cut Off | 5/27/2022 | 9/5/2022 |
| Non-Dispositive Motions Filed By | 6/13/2022 | 9/20/2022 |
| Settlement Conference | 6/16/2022 | 6/16/2022 |
| Non-Dispositive Motions Hearing | 7/11/2022 | 10/25/2022 |
| Dispositive Motions Filed By | 7/29/2022 | 11/15/2022 |
| Dispositive Motions Hearing | 9/9/2022 | 12/20/2022 |
| Pre-Trial Conference | 11/4/2022 | 2/14/2023 |
| Trial | 1/9/2023 | 4/11/2023 |

After consideration of the proposed order, **IT IS HEREBY ORDERED** that the parties' Stipulation to amend the scheduling order, filed on March 3, 2022, is approved, giving full effect to the Stipulation.

IT IS SO ORDERED.

Dated:   **March 8, 2022**                              **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE