UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>         Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>         Defendants. | **1:14-cv-01163-BAK (GSA)-PC**<br><br>**ORDER APPROVING STIPULATION FOR LEAVE TO FILE A FOURTH AMENDED COMPLAINT**<br><br>**(ECF No. 130.)**<br><br>**ORDER FOR CLERK TO FILE THE PROPOSED FOURTH AMENDED COMPLAINT SUBMITTED ON MAY 12, 2022**<br><br>**(ECF No. 130, Exh. A.)** |

Gordon C. Reid ("Plaintiff") is proceeding with counsel in this civil rights action brought pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971).

On May 12, 2022, a Stipulation and proposed order granting leave to file a Fourth Amended Complaint was filed with the court containing the signatures of counsel for Plaintiff and counsel for Defendants. (ECF No. 130.)  The parties submitted a proposed Fourth Amended Complaint with the Stipulation.  (ECF No. 130, Exh. A.)

1

**NOW THEREFORE**, the Parties having stipulated and agreed under Rule 15(a) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that:

1. Plaintiff is granted leave to file the Fourth Amended Complaint, a true and correct copy of which is attached to the Parties' Stipulation as Exhibit A;

2. The Answer that Defendants filed in response to the Third Amended Complaint [ECF No. 101] remains in effect and Defendants are not required to file a separate answer to the Fourth Amended Complaint;

3. The Parties understand and agree that Defendants deny the factual allegations added by the Fourth Amended Complaint; and

4. The Clerk of Court shall file the proposed Fourth Amended Complaint attached as Exhibit A to the Parties' Stipulation filed on May 12, 2022.

IT IS SO ORDERED.

Dated:   **May 12, 2022**                         **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE