# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GORDON C. REID,          1:14-cv-01163-BAK (GSA)-PC

    Plaintiff,

vs.

UNITED STATES OF AMERICA, et al.,

    Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Gordon C. Reid, Register # 02540-049, is necessary and material in a settlement conference in this case on June 16, 2022, is confined in the United States Penitentiary Lee (USP Lee), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dennis M. Cota, by Zoom video conference from his place of confinement, on Thursday, June 16, 2022 at 9:30 a.m. Pacific Time.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Warden at USP Lee at (276) 546-9115 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Christy Pine, Courtroom Deputy, at cpine@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, USP Lee, P. O. Box 900, Jonesville, VA 24263:**

**WE COMMAND** you to produce the inmate named above to appear before Judge Cota at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **June 3, 2022**        **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE