UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | 1:14-cv-01163-BAK (GSA)-PC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>**(ECF No. 136.)**<br><br>**DEADLINE TO FILE RENEWED RESPONSE TO ORDER TO SHOW CAUSE:  JULY 17, 2022** |

　　　　Gordon C. Reid ("Plaintiff") is proceeding with counsel in this civil rights action brought pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C §§ 1346(b), 2671-2680.

　　　　On June 8, 2022, Plaintiff filed a motion for extension of time to file a response to the Court's order to show cause issued on May 16, 2022  (ECF No. 1.)  On June 15, 2022, Plaintiff filed a response to the order to show cause, in which he requested thirty more days to file a renewed response to the order to show cause.  (ECF No. 143.)

　　　　The Court finds good cause to grant Plaintiff an extension of time.

　　　　Therefore, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff is granted **until July 17, 2022** in which to file a renewed response to the Court's order to show cause issued on May 16, 2022.

IT IS SO ORDERED.

　　Dated:   **June 16, 2022**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE