# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID, | 1:14-cv-01163-BAK (GSA)-PC |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| vs. | |
| UNITED STATES OF AMERICA, et al., | **Settlement Conference** <br> **July 21, 2022 at 1:00 p.m**. <br> **Before Magistrate Judge Dennis M. Cota** |
| Defendants. | **By Zoom video conference** |

Gordon C. Reid, Register # 02540-049, is necessary and material to a settlement conference in this case on July 21, 2022, and is confined in the United States Penitentiary Lee (USP Lee), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dennis M. Cota, by Zoom video conference from his place of confinement, on Thursday, July 21, 2022 at 1:00 p.m. Pacific Time.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Warden at USP Lee at (276) 546-9115 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Christy Pine, Courtroom Deputy, at cpine@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, USP Lee, P. O. Box 900, Jonesville, VA 24263:**

**WE COMMAND** you to produce the inmate named above to appear before Judge Cota at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **June 17, 2022**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE