UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>        Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | **1:14-cv-01163-BAK (GSA)-PC**<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME**<br><br>**(ECF No. 149.)**<br><br>**DEADLINE FOR PARTIES TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO SETTLEMENT CONFERENCE: <u>SEPTEMBER 6, 2022</u>** |

      Gordon C. Reid ("Plaintiff") is proceeding with counsel in this civil rights action brought pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C §§ 1346(b), 2671-2680.

      This case was settled on July 22, 2022, at a settlement conference before Magistrate Judge Dennis M. Cota. (ECF No. 148.) Pursuant to the Court's minute order issued on July 22, 2022, the parties were to file dispositional documents within thirty days. (<u>Id.</u>)

On August 24, 2022, Plaintiff filed an ex parte application for an extension of time to file the dispositional documents.  (ECF No. 149.)  Defendants have informed Plaintiff that they do not object to the request for extension.  (Decl. of Sara Shyy, ECF No. 149-1 ¶ 9.)

The Court finds good cause to grant Plaintiff's application for extension of time.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's ex parte application for extension of time, filed on August 24, 2022, is GRANTED; and

2. The deadline for the parties to file dispositional documents pursuant to the July 22, 2022 settlement conference is extended to **September 6, 2022**.

IT IS SO ORDERED.

Dated:   **August 25, 2022**                            **/s/ Gary S. Austin**
                                                                                    UNITED STATES MAGISTRATE JUDGE