UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | **1:14-cv-01163-BAK (GSA)-PC**<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME**<br><br>**(ECF No. 153.)**<br><br>**DEADLINE FOR PARTIES TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO SETTLEMENT CONFERENCE:  <u>SEPTEMBER 21, 2022</u>** |

      Gordon C. Reid ("Plaintiff") is proceeding with counsel in this civil rights action brought pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C §§ 1346(b), 2671-2680.

      This case was settled on July 21, 2022, at a settlement conference before Magistrate Judge Dennis M. Cota. (ECF No. 148.)  Pursuant to the Court's minute order issued on July 22, 2022, the parties were to file dispositional documents within thirty days.  (<u>Id.</u>)

      On August 25, 2022, on Plaintiff's ex parte application, the court granted the parties an extension of time until September 6, 2022 in which to file the dispositional documents. (ECF No. 150.)

On September 7, 2022, Plaintiff filed an ex parte application for a 15-day extension of time to file the dispositional documents. (ECF No. 153.) Plaintiff provides evidence that Defendants do not object to the request for extension. (Decl. of Sara Shyy, ECF No. 153-1 ¶ 10.)

The Court finds good cause to grant Plaintiff's application for extension of time.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's ex parte application for extension of time, filed on September 7, 2022, is GRANTED; and
2. The deadline for the parties to file dispositional documents pursuant to the July 21, 2022 settlement conference is extended to **September 21, 2022**.

IT IS SO ORDERED.

Dated:   **September 8, 2022**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE