STEPHEN A. CAZARES (SBN 201864)
scazares@orrick.com
CATHERINE MALONE (SBN 325283)
cmalone@orrick.com
SARAH Y. SHYY (SBN 333443)
sshyy@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave.
Suite 2700
Los Angeles, CA 90071
Telephone:   +1-213-612-2472
Facsimile:   +1-213-612-2499

Attorneys for Plaintiff
GORDON C. REID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON C. REID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; RAY GARCIA, CAPTAIN OF THE GUARDS; ROBERT FENTON, LIEUTENANT OF THE GUARDS; JOHN DOE #1, LIEUTENANT OF THE GUARDS; JOHN DOE #2, LIEUTENANT OF THE GUARDS; JOHN DOE #3, LIEUTENANT OF THE GUARDS; JASON ONTIVEROZ, PRISON GUARD.<br><br>　　　　　Defendants. | Case No. 1:14-cv-1163-BAK (GSA)-PC<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge:　　　Hon. Christopher D. Baker<br><br>Courtroom:　Unassigned |

IT IS HEREBY STIPULATED, by and between Plaintiff Gordon C. Reid and Defendants United States, Jason Ontiveroz, and Ray Garcia that this action shall be dismissed in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear his or its own attorneys' fees and costs.

Dated: October 20, 2022    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Catherine Malone*
CATHERINE MALONE
Attorneys for Plaintiff Gordon C. Reid

Dated: October 20, 2022    PHILLIP A. TALBERT
United States Attorney


By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for the United States and Jason Ontiveroz

Dated: October 20, 2022    LAW OFFICE OF KEVIN G. LITTLE

By: */s/ Kevin G. Little*
KEVIN G. LITTLE
Attorneys for Defendant Ray Garcia